# MCGRAIL & BENSINGER LLP

888-C 8th Avenue #107
New York, NY 10019
Ph: (917) 509-7818
GVazquez@McGrailBensinger.com

January 13, 2020

**VIA CM/ECF**
Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re:** *Startable, Inc. v. Waft Perfume, Inc. d/b/a Waft.com*, Docket No. 20-cv-07672-LLS-OTW

Dear Magistrate Judge Ona T. Wang:

I am counsel to Plaintiff Startable, Inc., in the above-captioned matter. I write to respectfully request an adjournment until January 21, 2021 to file an inquest memorandum setting forth proof of damages and corresponding proposed findings of fact and law, the deadline for which is currently January 14, 2021. Order, ECF No. 16. There have been no previous adjournment requests in this matter. Defendant Waft Perfume, Inc. d/b/a Waft.com has not consented to this adjournment, as it has not appeared in this case and is generally unresponsive.

The Court's attention to and courtesies in this matter are greatly appreciated.

Application GRANTED.

Plaintiff is directed to serve a copy of this Order to the Defendant and file proof of service. ECF 18 resolved.

SO ORDERED.

/s/ Ona T. Wang   Jan. 13, 2021
U.S.M.J.

Respectfully submitted,

Gabrielle Y. Vázquez, Esq.
*Counsel for Plaintiff Startable, Inc.*