ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STARTABLE, INC.,

                         Plaintiff,

        -against-

WAFT PERFUME, INC. d/b/a WAFT.COM,

                         Defendant.
-----------------------------------------------------------X

20 CIVIL 7672 (LLS)

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/23

      Whereas on February 21, 2023, the Honorable Ona T. Wang, United States Magistrate Judge, having issued a Report and Recommendation (the "Report") recommending that Plaintiff be awarded $51,157.50 for the account stated with pre-judgment interest at the rate of 9% per year from June 27, 2019 to the date of judgment, to be calculated by the Clerk of Court. Magistrate Judge Wang also having recommended no award of statutory damages. No objections having been filed and the time to file objections having lapsed.

      It is hereby **ORDERED, ADJUDGED, AND DECREED,** that the Report is adopted and Plaintiff Startable, Inc. is awarded $51,157.50 for the account stated with pre-judgment interest at the rate of 9% per year from June 27, 2019 to the date of judgment of $17,054.37, for a total sum of $68,211.87 as against defendant Waft Perfume, Inc. d/b/a WAFT.COM. Accordingly, this case is closed.

**DATED**: New York, New York
             March 10, 2023

                                                                   Louis L. Stanton
                                                   **Louis L. Stanton**
                                                 **United States District Judge**